# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCAL FRACTION, | : | |
| Petitioner | : | CASE NO. 3:14-CR-305 |
| v. | : | (MANNION, D.J.) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Fraction's 28 U.S.C. §2255 motion to vacate, set aside or correct sentence, (Doc. 540), is **DENIED**.

2. The petitioner is not entitled to an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

4. Petitioner Fraction's request for relief in his Doc. 533 letter for appointment of counsel is **DENIED**.


s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: September 29, 2017**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2014 CRIMINAL MEMORANDA\14-305-01-ORDER.wpd