# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARCAL FRACTION, | : | |
| Petitioner | : | CASE NO. 3:14-CR-305 |
| v. | : | (MANNION, D.J.) |
| UNITED STATES OF AMERICA, | : | |
| Respondent | : | |

## ORDER

For the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. Petitioner Fraction's motion for leave of court to supplement to his motion for reconsideration under Fed.R.Civ.P. 59(e), (Doc. 550), is **DENIED**.

2. The court's October 30, 2017 Order, (Doc. 549), denying Fraction's motion for reconsideration, (Doc. 546), of the court's denial of his motion under 28 U.S.C. §2255, (Doc. 540), shall not be disturbed.

3. No Certificate of Appealability will issue.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: June 26, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CRIMINAL MEMORANDA\2014 CRIMINAL MEMORANDA\14-305-02-ORDER.wpd